# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2024

*The Court of Appeals hereby passes the following order*

## A25I0016. ROYAL TEXAS, LLC v. CAJUN GLOBAL, LLC, d/b/a CHURCH'S CHICKEN et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2022CV362893



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, September 03, 2024.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.